IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE AARON ANDRYS,  No. C-12-0619 TEH (PR)

    Plaintiff,  ORDER OF DISMISSAL

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATIONS
DENTAL DEPARTMENT, et al.,

    Defendants.
_____/

    Plaintiff Jesse Aaron Andrys, a former state inmate, filed this pro se action under 42 U.S.C. § 1983 alleging that Defendants, dentists employed by the California Department of Corrections and Rehabilitation, failed to adequately treat his cavities and the pain caused by his untreated cavities. On April 11, 2013, this Court entered on Order granting Defendants' motion for summary judgment on Plaintiff's claim for deliberate indifference to his serious medical need for dental treatment. In the Order, the Court noted that Plaintiff had also stated a cognizable claim for deliberate indifference to treat the pain caused by his cavities, but that the Court had not noted it in its Order of Service and, thus, Defendants had not addressed it in their motion. In order to determine if Plaintiff still wished to prosecute this claim, the Court ordered him to file a declaration, within fourteen days from the date of the

1 Order, indicating whether he intended to proceed with the
2 prosecution of this claim.  The Court indicated that, if Plaintiff
3 did not file a declaration within fourteen days, his pain-related
4 claim would be dismissed without prejudice for failure to prosecute.
5     More than fourteen days have passed and Plaintiff has not
6 filed the required declaration or communicated with the Court in any
7 manner.  Therefore, the pain-related claim is dismissed without
8 prejudice for failure to prosecute.
9     The Clerk of the Court shall enter judgment in favor of
10 Defendants, terminate all pending motions as moot and close this
11 case.
12     IT IS SO ORDERED.

16 DATED    _05/16/2013_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Andrys 12-0619 Dis Pain.wpd

**2**